**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **TRAVCO INSURANCE COMPANY,** ) | |
| ) | |
| Plaintiff, ) | Civ. Action No. 2:10cv14 |
| ) | |
| v. ) | |
| ) | |
| **LARRY WARD** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT LARRY WARDS' MOTION TO TRANSFER VENUE

Defendant, Larry Ward, moves to transfer venue of this action to the Eastern District of Louisiana, the Honorable Eldon E. Fallon, who is presiding over the entirety of the federal Chinese drywall litigations as the transferee court in MDL No. 2047. Mr. Ward submits that transfer is warranted for the convenience of the parties and in the interest of justice, as the underlying claims to this insurance coverage matter are being litigated before Judge Fallon, in addition to numerous other insurance coverage actions. Since the matters at issue in this case are substantially similar to the other cases in MDL No. 2047, transfer serves both purposes of 28 U.S.C. §1404.

For the reasons set forth in the accompanying memorandum of law, the motion to transfer should be granted.

Dated:  March 8, 2010                                    Respectfully submitted,

 /s/
Richard J. Serpe, Esquire (Va Bar No. 33340)
Law Offices of Richard J. Serpe, P.C.
580 E. Main Street, Suite 310
Norfolk, VA  23510-2322
757-233-0009
757-233-0455 (Facsimile)
rserpe@serpefirm.com
*Counsel for Defendant Larry Ward*

**OF COUNSEL:**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

**CERTIFICATE**

I hereby certify that on this 8th day of March, 2010, I will electronically file:

    Defendant Larry Ward's Motion to Transfer Venue

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    John B. Mumford, Jr., Esq.
    Kathryn E. Kransdorf, Esq.
    Hancock, Daniel, Johnson & Nagle, P.C.
    4701 Cox Road, Suite 400
    Glen Allen, VA 23060
    *Counsel for Plaintiff, Travco Insurance Company*

    Stephen E. Goldman, Esq.
    Daniel F. Sullivan, Esq.
    Wystan M. Ackerman, Esq.
    Robinson & Cole, LLP
    280 Trumbell Street
    Hartford, CT 06103
    *Counsel for Plaintiff, Travco Insurance Company*

By:

    /s/
    Richard J. Serpe, Esquire (Va Bar No. 33340)
    Law Offices of Richard J. Serpe, P.C.
    580 E. Main Street, Suite 310
    Norfolk, VA  23510-2322
    757-233-0009
    757-233-0455 (Facsimile)
    rserpe@serpefirm.com
    *Counsel for Defendant Larry Ward*